1  L. ROBERT COHEN (State Bar No. 180344)
   14771 Plaza Drive, Suite A
2  Tustin, CA 92780
   Telephone: (714) 838-1233
3  Fax: (714) 838-2205

4

5  Attorney for VICINI PROPERTIES, INC.
   and BENJAMIN A. KOPLAN

6

7                        UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9                            SAN FRANCISCO DIVISION

10

| | |
|---|---|
| VICINI PROPERTIES, INC., a California corporation, BENJAMIN A. KOPLAN, an individual, | CASE NO. 4:09-CV-02006-CW |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL; ORDER OF DISMISSAL** |
| v. | Courtroom:   2 |
| INTRAWEST ULC, a corporation; INTRAWEST NAPA DEVELOPMENT COMPANY, LLC, a Delaware limited liability company | Judge:         The Honorable Claudia WIlken |
| Defendants. | |

    PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure 41(a)(1), Plaintiffs hereby dismiss the above-captioned action with prejudice.

DATED: August _____, 2009        By: _____
                                         L. ROBERT COHEN
                                         Attorney for Plaintiffs VICINI
                                         PROPERTIES, INC. and
                                         BENJAMIN A. KOPLAN

---
NOTICE OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER OF DISMISSAL
1

1 **ORDER OF DISMISSAL**

2     IT IS SO ORDERED. This above-referenced matter is dismissed with prejudice pursuant

3 to FRCP 41(a)(1).

4

5 DATED: August ___18___, 2009

                              */s/ Claudia Wilken*
                              Honorable Claudia Wilken